IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER COMP SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UPMC, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-mc-69<br><br>Civil Action No. 2:15-cv-00703 |

**ORDER**

AND NOW, this __5th__ day of __February__, 2021, upon consideration of Defendants' Motion to Continue Seal, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

It is ORDERED that the following documents filed previously under seal by the parties will remain sealed until **June 7, 2028**.

　　a.　ECF No. 293, Attachment #4 (Exhibit D)
　　b.　ECF No. 293, Attachment #4 (Exhibit N)
　　c.　ECF No. 297
　　d.　ECF No. 298
　　e.　ECF No. 299 (with Attachments #1 and #2)
　　f.　ECF No. 302 (Exhibit A)
　　g.　ECF No. 302, Attachment #26 (Exhibit AA)
　　h.　ECF No. 303, Attachment #9 (Exhibit BD)
　　i.　ECF No. 303, Attachment #10 (Exhibit BE)
　　j.　ECF No. 303, Attachment #12 (Exhibit BG)
　　k.　ECF No. 303, Attachment #13 (Exhibit BH)

l.      ECF No. 303, Attachment #14 (Exhibit BI)

m.     ECF No. 303, Attachment #15 (Exhibit BJ)

n.     ECF No. 303, Attachment #16 (Exhibit BK)

o.     ECF No. 303, Attachment #19 (Exhibit BN)

p.     ECF No. 303, Attachment #20 (Exhibit BO)

q.     ECF No. 303, Attachment #22 (Exhibit BQ)

r.     ECF No. 305, Attachment #12 (Exhibit DZ)

s.     ECF No. 305, Attachment #15 (Exhibit EC)

t.     ECF No. 305, Attachment #16 (Exhibit ED)

u.     ECF No. 305, Attachment #19 (Exhibit EG)

v.     ECF No. 305, Attachment #21 (Exhibit EI)

s/Arthur J. Schwab
ARTHUR J. SCHWAB
Senior District Judge