IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER COMP SOLUTIONS, LLC, | |
|       Plaintiff, | Civil Action No. 2:13-mc-69 |
|       v. | Civil Action No. 2:15-cv-00703 |
| UPMC, *et al.*, | |
|       Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Continue Seal filed by UPMC, a Pennsylvania nonprofit non-stock corporation, UPMC Benefit Management Services, Inc., d/b/a UPMC WorkPartners and UPMC Health Benefits, Inc., d/b/a UPMC WorkPartners (the "UPMC Defendants"), which Defendant MCMC, LLC joins, it is hereby ORDERED, ADJUDGED and DECREED that the UPMC Defendants' Motion to Continue Seal is hereby GRANTED until February 5, ~~2041~~ 2031.

                                                      s/Arthur J. Schwab
                                                     ARTHUR J. SCHWAB
                                                     Senior District Judge