IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA R. TRUNZO and ANTHONY HLISTA, individually, and on behalf of other similarly situated former And current homeowners in Pennsylvania, <br><br> Plaintiffs, <br><br> V. <br><br> PHELAN HALLINAN & SCHMIEG, LLP, a law firm and debt collector, <br><br> Defendants. | Misc. No. 13-69 |

## **ORDER OF COURT**

AND NOW, this __5th__ day of ____February____, 2021, upon consideration of the foregoing Motion to Permanently Seal, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Document Number 355 at Civil Action No. 2:11-cv-001124-MRH shall be sealed until 2/5/2031.

s/Arthur J. Schwab
_____, J.